**Dismissed and Opinion Filed February 19, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-13-00100-CR

---

## JACQUELINE LEVETTE MULLEN, Appellant
### V.
## THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F12-53336-X**

---

## MEMORANDUM OPINION
Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Murphy

Jacqueline Levette Mullen was convicted, following the adjudication of her guilt, of aggravated assault with a deadly weapon. Sentence of six years' imprisonment was imposed in open court on December 18, 2012. No motion for new trial was filed; therefore, appellant's notice of appeal was due by January 17, 2013. *See* TEX. R. APP. P. 26.2(a)(1). Appellant filed her notice of appeal on January 18, 2013, one day late. She did not, however, file an extension motion in this Court within fifteen days of January 17, 2013. *See* TEX. R. APP. P. 26.3; *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Therefore, we have no jurisdiction over the appeal.

We dismiss the appeal for want of jurisdiction.

_____
MARY MURPHY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130100F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JACQUELINE LEVETTE MULLEN

No. 05-13-00100-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F12-53336-X.
Opinion delivered by Justice Murphy,
Justices Lang-Miers and Fillmore
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 19th day of February, 2013.

_____
MARY MURPHY
JUSTICE